IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Ray Jr, Terrance

Printed: 01/13/09

Case Number:  08 B 00940
Judge: Squires, John H
Filed: 1/16/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 3, 2008
Confirmed: March 12, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,952.50 |  |
| Secured: |  | 1,170.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 655.58 |
| Trustee Fee: |  | 126.92 |
| Other Funds: |  | 0.00 |
| Totals: | 1,952.50 | 1,952.50 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,338.50 | 655.58 |
| 2. | Chrysler Financial Services Americas LLC | Secured | 10,076.11 | 1,170.00 |
| 3. | RMI/MCSI | Unsecured | 125.00 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 17.98 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 119.79 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 38.90 | 0.00 |
| 7. | T Mobile USA | Unsecured | 25.96 | 0.00 |
| 8. | Chrysler Financial Services Americas LLC | Unsecured | 0.00 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 63.36 | 0.00 |
| 10. | Beneficial | Unsecured | 241.25 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 83.00 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 57.08 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 100.40 | 0.00 |
| 14. | Pay Day Loans | Unsecured |  | No Claim Filed |
| 15. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 16. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 17. | AT&T | Unsecured |  | No Claim Filed |
| 18. | Mutual Hospital Services | Unsecured |  | No Claim Filed |
| 19. | Sunrise Credit Services,Inc. | Unsecured |  | No Claim Filed |
| 20. | Resurgent Capital Services | Unsecured |  | No Claim Filed |
|  |  |  | $ 14,287.33 | $ 1,825.58 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 126.92 |
|  | $ 126.92 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Ray Jr, Terrance | Case Number:  08 B 00940 |
| | Judge:  Squires, John H |
| Printed: 01/13/09 | Filed:  1/16/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

